IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IDRISSA KABBA, | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 08-0580-CB-M |
| ERIC HOLDER, | : |
| JANET NAPOLITANO, | |
| WARDEN DAVID O. STREIFF, | : |
| BART RODRIGUEZ, | |
| | : |
| Respondents. | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

DONE this 8th day of April, 2009.

_____
s/CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE